IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HANS HAROLD ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV93 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MIDLAND LUTHERAN COLLEGE, | ) | |
| n/k/a MIDLAND UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court after a telephone conference with counsel for the parties on April 11, 2012. Jeffrey A. Wagner represented the plaintiff and Craig F. Martin represented the defendant. For the reasons discussed during the conference,

**IT IS ORDERED:**

1. The remaining deadlines set in the October 17, 2011, progression order ([Filing No. 23](Filing No. 23)) are terminated. No conference will be held on May 18, 2012, and trial is canceled.

2. The parties shall have to **on or before June 15, 2012**, to file any motions for summary judgment.

3. The parties shall have **seven (7) business days** from the date the court rules on any motion for summary judgment, in which to schedule a telephone planning conference with the court, if necessary. Counsel for the plaintiff shall contact the chambers of the undersigned magistrate judge within such time period to schedule the telephone planning conference.

DATED this 11th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge