## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HANS HAROLD ANDERSEN,** | | |
| **Plaintiff,** | | **8:11CV93** |
| **vs.** | | |
| **MIDLAND LUTHERAN COLLEGE,**<br>**n/k/a MIDLAND UNIVERSITY,** | | **ORDER** |
| **Defendant.** | | |

This matter is before the court on the parties' objections to testimony Nancy Harms, Ph.D., gave during her deposition on January 13, 2013.  The court makes the following rulings on the parties' objections and the parties shall make the redactions in the videotape deposition set forth below:

| Page:  Line | Objection | Court's Ruling | Redaction (page:  line) |
|---|---|---|---|
| 59: 9 | Improper questioning of the witness from a deposition | Overruled | 59: 9-11 |
| 71: 5 | Hearsay;  move to strike | Overruled | 71: 5-6, 8-9 |
| 71: 19 | Hearsay; foundation | Overruled | 71: 19-20 |
| 72: 5 | Hearsay; foundation | Overruled | 72: 5-6 |
| 72: 24 | Hearsay; foundation | Overruled | 72: 24-25 |
| 73: 23 | Narrative | Sustained | 73: 21 starting at "first of all"-25 |
| 85: 13 | Hearsay; foundation | Overruled | 85: 13, 15 |
| 86: 4 | Hearsay; foundation | Overruled | 86: 4-5 |
| 88: 4 | Hearsay; foundation; move to strike | Overruled | 88: 1-2, 4-13 |
| 88: 24 | Hearsay; foundation | Overruled | 88: 23-25 89: 1-2 |
| 89: 25 | Hearsay; foundation; move to strike | Overruled | 89: 23, 25 90: 1-5 |
| 91: 9 | Hearsay; foundation | Sustained | 91: 9-25 92: 1-7 |
| 93: 5 | Foundation | Overruled | 93: 5-6 |

| 93: 11 | Foundation | Overruled | 93: 11-12 |
|--------|-----------|-----------|-----------|
| 94: 17 | Relevance | Overruled | 94: 16-18 |
| 94: 24 | Hearsay; foundation | Overruled | 94: 24-25 |
| 95: 9, 11 | Hearsay; foundation | Overruled | 95: 9, 11 |
| 95: 18 | Hearsay; foundation; move to strike | Overruled | 95: 18-19 |
| 96: 8 | Relevance | Overruled | 96: 8, 10 |
| 96: 16 | Relevance | Overruled | 96: 16 |
| 96: 20 | Relevance | Overruled | 96: 20 |
| 96: 23 | Hearsay; foundation, move to strike | Overruled | 96: 23-24 |

**IT IS SO ORDERED**.

Dated this 8th day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge