# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HANS HAROLD ANDERSEN,** | |
| Plaintiff, | 8:11CV93 |
| vs. | |
| **MIDLAND LUTHERAN COLLEGE, n/k/a MIDLAND UNIVERSITY,** | ORDER |
| Defendant. | |

This matter is before the court on the parties' Joint Motion in Limine for Rulings on Unresolved Objections to Dr. Sasse Video Deposition (Filing No. 73).  The objections are sustained.  The parties shall redact the videotape deposition accordingly.

**IT IS SO ORDERED**.

Dated this 12th day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge